UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                  :

UNITED STATES OF AMERICA,             :

                                                  :        **<u>SCHEDULING ORDER</u>**

     -against-                     :

                                                  :        06 Cr. 911 (AKH)

ALTON DAVIS, et al.,                 :

                                                :

                            Defendants.      :

                                                  :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

          Defendant Roderick Gunn's re-sentencing, scheduled for January 25, 2024, is adjourned to April 2, 2024 at 11 a.m.  Defendant Alton Davis's re-sentencing, scheduled for January 25, 2024, is adjourned to April 2, 2024 at 12 p.m.  The Clerk is instructed to terminate the open motion at ECF No. 416.

          SO ORDERED.

Dated:       January 11, 2024                  <u>/s/ Alvin K. Hellerstein</u>
               New York, New York             ALVIN K. HELLERSTEIN
                                                United States District Judge